# CHAPTER 13 PLAN (INDIVIDUAL ADJUSTMENT OF DEBTS)

**Debtor:** Edward Lee Rooks, Sr.            **SS#** xxx-xx-5752
Debie Williams Rooks            **SS#** xxx-xx-0503

**Address:** 1407 Winfield Road
Memphis, TN 38116

**Plan Payment:** $350.00 biweekly

**Payment deduction:** Kloeckner Metals Corporation
500 Colonial Center Pakway, Suite 500
Decatur, GA 30076

**Administrative:** Pay filing fee, Trustee fee, and Debtor's attorney fee, pursuant to the Court Order.

**MONTHLY PLAN PMT.**

**Auto Insurance:** [ ] Isn't included [ ] Is included.            $
**Child Support:**

**Priority Creditors:** To be paid 100%.

**Class I Unsecured:**

**Home Mortgage:** If no arrearage ongoing pmts. are to be deleted.
Ocwen Loan Servicing is current, being paid outside of the plan..

| Secured Creditors: | Value Collateral | Rate of Interest | Monthly Plan Pmt. |
|---|---|---|---|
| Ally Financial is a long term debt to be paid outside of the plan | | | |
| Santander Consumer Fin. (2012 Nissan Maxima) | $16,650.00 | 5.25% | $ 325.00 |
| Santander Consumer Fin. | surrender 2010 Chevrolet Impala | | |
| Conn's | $ 961.00 | 5.25% | $ 20.00 |
| Synchrony/Home Design | $ 5,640.00 | 5.25% | $ 110.00 |

**Unsecured Creditors:** Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. General unsecured creditors will receive (to be determined) of these claims after above claims are paid.

**Termination:** Plan shall terminate upon payment of the above, approximately **60 mos.**

ADEQUATE PROTECTION PAYMENTS WILL BE ¼ (25%) OF PROPOSED CREDITOR MONTHLY PAYMENTS

FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF THE PLAN

Case 15-32026    Doc 7    Filed 12/18/15    Entered 12/18/15 14:19:02    Desc Main
Document    Page 2 of 2